Argued and submitted December 20, 1996, reversed and remanded May 21, petition for review denied October 28, 1997 (326 Or 68)

STATE OF OREGON,
*Appellant,*

*v.*

JAY SCOTT HUSTON,
*Respondent.*

(CR95-50324; CA A88757)

937 P2d 526

Jonathan H. Fussner, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Daniel Q. O'Dell, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *State v. Nielsen,* 147 Or App 294, 936 P2d 374 (1997).